UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

HELMUT ERHARDT,

                Plaintiff,

v.

AMERICAN HONDA MOTOR CO., et al.

                Defendants.

---

C.A. No.: 3:18-cv-01327-VAB

SEPTEMBER 3, 2019

## **JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Helmut Erhardt, and Defendants Standard Motor Products, Inc. ("Standard Motor") and Parker Hannifin Corporation ("Parker-Hannifin"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby jointly move to dismiss all of Plaintiff's claims against Defendants Standard Motor and Parker-Hannifin, with prejudice and without costs to either party.

| | |
|---|---|
| Plaintiff,<br>Helmut Erhardt, | Defendants,<br>Standard Motor Products, Inc. and Parker-Hannifin Corporation |
| By his attorneys, | By their attorneys, |
| /s/ Christopher Meisenkothern<br>Christopher Meisenkothen (ct417342)<br>Todd A. Neilson (pro hac vice)<br>Early Lucarelli Sweeney & Meisenkothen, LLC<br>265 Church Street, 11th Floor<br>New Haven, CT 06510<br>Telephone: (203) 777-7799<br>Fax: (203) 785-1671<br>Email: cmeisenkothen@elslaw.com<br>      tneilson@simmonsfirm.com | /s/ Thomas H. Balestracci<br>Matthew J. Zamaloff (ct27509)<br>Thomas H. Balestracci (ct29811)<br>Cetrulo LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>Telephone: (617) 217-5500<br>Fax: (617) 217-5200<br>Email: mzamaloff@cetllp.com<br>      tbalestracci@cetllp.com |

## **CERTIFICATE OF SERVICE**

      I, Thomas H. Balestracci, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participates on September 3, 2019.

                                              */s/  Thomas H. Balestracci*
                                              Thomas H. Balestracci

26047466v1